■ In the Matter of DIANE WORD, Petitioner, v KAREN SMITH, Respondent. [878 NYS2d 926]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Nardelli, Catterson and DeGrasse, JJ.